### 30406. WEBB *v.* BIGGERS.

MACINTYRE, J. This is a companion case to *Webb* v. *Biggers*, ante, and is controlled by the ruling there made. The judge did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED APRIL 13, 1944. REHEARING DENIED MAY 9, 1944.